Fredric A. Bremseth
BREMSETH LAW FIRM, P.C.
810 East Lake Street
Wayzata, Minnesota 55391
(952) 475-2800

Brian L. Meck (WSBA # 19232)
BRIAN L. MECK, P.S.
422 W. Riverside, Suite 301
Spokane, Washington 99201
(509) 455-6711

ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON AT SPOKANE

| | |
|---|---|
| Thomas L. Tressler,<br><br>    Plaintiff,<br><br>    v.<br><br>Burlington Northern Santa Fe Railway Company, a corporation,<br><br>    Defendant. | Case No. CV-04-367-CI<br><br>ORDER OF DISMISSAL <u>WITH</u> <u>PREJUDICE</u> |

THIS MATTER having come on regularly for hearing upon the stipulation of the parties for an order of dismissal, the above-entitled action having been settled out of court to the satisfaction of the parties, and the court being otherwise fully advised in the premises, now, therefore,

IT IS HEREBY ORDERED that the above-entitled action be and it hereby is dismissed with prejudice and without costs to any party.

DATED June 30, 2005.

S/ CYNTHIA IMBROGNO
_____
U.S. Magistrate Judge Cynthia Imbrogno

CV-04-367-CI
Order of Dismissal with Prejudice - 1

GIBSON KINERK L.L.P.
ATTORNEYS AT LAW
110 110th Avenue N.E., Suite 607
Bellevue, WA  98004
(425)462-9584 / Fax (206)625-6517

Presented by:

BREMSETH LAW FIRM

Dated: June 27, 2005.                    By:  s/ Fredric A. Bremseth
                                              Fredric A. Bremseth

                                              And

                                         Brian L. Meck
                                         BRIAN L. MECK, P.S.

                                         ATTORNEYS FOR PLAINTIFF

                                         GIBSON KINERK LLP

Dated: June 27, 2005.                    By:    s/ Kevin S. MacDougall
                                                WSBA No. 31280
                                                110-110th Avenue NE, Suite 607
                                                Bellevue, Washington 98004
                                                425-462-9584
                                                kmacdougall@kgkr.com

                                         OF ATTORNEYS FOR DEFENDANT
                                         BNSF RAILWAY COMPANY

CV-04-367-CI
Order of Dismissal with Prejudice - 2

GIBSON KINERK L.L.P.
ATTORNEYS AT LAW
110 110th Avenue N.E., Suite 607
Bellevue, WA  98004
(425)462-9584 / Fax (206)625-6517